ANDREW BALAS v. ALL AMERICAN BROKERS, INC.— Motion granted as stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

PETER SCHMIDT v. H. RICHARD STERN and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FOREIGN TRADE BANKING CORPORATION v. GERSETA CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MAY M. BRANDOW v. MURRAY & TREGURTHA CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page and Finch, JJ.

UNITED STATES TRUST COMPANY, as Administrator, etc., v. ERNEST T. GREINER. UNITED STATES TRUST COMPANY v. HERMAN C. KUPPER and Others. — Motions granted. Settle orders on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA ROMAN, Appellant, v. THE PAROLE COMMISSION OF THE CITY OF NEW YORK, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CONSOLIDATED STEEL CORPORATION, Respondent, v. PRESSED STEEL CAR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LEONARD HOPEWELL, an Infant, by ETHEL HOPEWELL, His Guardian ad Litem, Respondent, v. THIRD AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LEONARD A. HOPEWELL, Respondent, v. THIRD AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

NATHAN FEINMANN, Appellant, v. HOLSAM COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J. Dowling, Page, Merrell and Finch, JJ.

LINDA MILLER, Respondent, v. PAUL PRAGER and Another, Impleaded with BLACK & WHITE & TOWN TAXIS, INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell, and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRIS D. COLT, Respondent, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CHARLES S. SHOTWELL, Appellant, v. CHARLES H. BADENBERGER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.